**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARTIN MUELLER | Criminal Action<br>No. 2:08-cr-00139-AB-1 |

**ORDER**

**AND NOW**, this __7th__ day of **July, 2020**, it is **ORDERED** that defendant Martin Mueller's Pro Se Motion for Compassionate Release (ECF No. 94) and Defendant's Emergency Application For Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 102) are **GRANTED**. Mr. Mueller is **ORDERED** released **on Wednesday, July 8, 2020, by 12:00 p.m.**, subject to the following conditions:

1. Mr. Mueller remains sentenced to five years of supervised release.
2. As a condition of supervised release, Mr. Mueller must self-quarantine for 14 days at the residence approved by the Probation Office
3. For the first 6 months of that term of supervised release, until January 8, 2021, the Court imposes a condition of home confinement and electronic monitoring consistent with the release plan approved by the United States Probation Office.

S/Anita B. Brody
ANITA B. BRODY, J.

XC: U.S. Marshals, U.S. Probation, U.S. Pretrial Services, Financial Litigation Unit

Copies **VIA ECF** on

1